## Commonwealth *v.* Fields, Appellant.

Before TREMBATH, J., specially presiding.

708

Submitted March 18, 1974. *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *David Richman, Maxine J. Stotland, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.